# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127660(77)

JOYCE MCDOWELL, as Personal
Representative of the estates of BLAKE
BROWN, JOYCE BROWN, and
CHRISTOPHER BROWN, deceased, and
as Conservator for JONATHON FISH,
JOANNE CAMPBELL, and JUANITA FISH,
   Plaintiff-Appellee,

v

CITY OF DETROIT and the DETROIT
HOUSING COMMISSION,
   Defendants-Appellants.

_____

SC: 127660
COA: 246294
Wayne CC: 00-039668-NO

On order of the Chief Justice, the motion by plaintiffs-appellees for extension to November 4, 2005 of the time for filing their supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2005

_____
Clerk